1  JOSEPH A. GUTIERREZ, ESQ.
Nevada Bar No. 9046
2  JULIA M. CHUMBLER, ESQ.
Nevada Bar No. 15025
3  **MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
4  Las Vegas, Nevada 89148
Telephone:  702.629.7900
5  Facsimile:  702.629.7925
E-mail:      jag@mgalaw.com
6              jmc@mgalaw.com

7  *Attorneys for Plaintiff Maria Quijano*

8

9                    **UNITED STATES DISTRICT COURT**

10                        **DISTRICT OF NEVADA**

11

12  MARIA QUIJANO, an individual,                Case No.:  2:20-cv-01464-KJD-BNW

13                          Plaintiff,

14  vs.                                          **JOINT PROPOSED DISCOVERY PLAN
                                                 AND SCHEDULING ORDER**
15  GEICO      ADVANTAGE      INSURANCE
    COMPANY,    DOES    I-V,    and    ROE
16  CORPORATIONS 1-V, inclusive,

17                          Defendants.

18

19          Plaintiff, Maria Quijano ("Plaintiff"), by and through her counsel of record, the law firm

20  MAIER GUTIERREZ & ASSOCIATES, and defendant Geico Advantage Insurance Company

21  ("Defendant") by and through their counsel of record, MCCORMICK, BARSTOW, SHEPPARD, WAYTE &

22  CARRUTH, LLP, pursuant to Rule 26(f)(2) of the Federal Rules of Civil Procedure, hereby submit their

23  proposed Joint Discovery Plan and Scheduling Order ("Discovery Order") with a special scheduling

24  review requested.

25          **FRCP 26(f) Conference**.     On November 30, 2020, Julia M. Chumbler, Esq., as counsel for

26  Plaintiff, and Wade M Hansard, Esq., as counsel for Defendant, participated in a discovery and

27  scheduling conference (the "Conference") to discuss all of the issues required by Federal Rule Civil

28  Procedure 26(f).  The parties' initial disclosures in this lawsuit will be made by December 14, 2020,

                                                    1

fourteen (14) days after the conference.  The parties discussed potential settlement as well as future settlement conference or mediation after discovery is exchanged.

The Parties now propose the following discovery plan:

1. **Discovery Cut-Off Date:** The proposed cut-off date for discovery shall be May 31, 2021, 180-days from the date of the Discovery Conference that occurred on November 30, 2020.

   a. **Special Scheduling Review:** Due to the recent substitution of Plaintiff's counsel, Parties respectfully request the Court's permission to modify the time for discovery from 180 days from the date of Defendant's first responsive pleading to 180 days from the date of the Discovery Conference. Accordingly, the parties request this Court's permission to allow for a 180-day discovery schedule in this matter starting from the date of the Discovery Conference on November 30, 2020.

2. **Amending the Pleadings and Adding Parties:** All motions to amend the pleadings or to add parties shall be filed no later than March 2, 2021, ninety (90) days prior to the proposed close of discovery.

3. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosures concerning experts shall be made by April 1, 2021, sixty (60) days before the proposed discovery cut-off date.  Disclosures concerning rebuttal experts shall be made by May 3, 2021, thirty (30) days after the initial disclosure of experts.

4. **Dispositive Motions:** The date for filing dispositive motions shall not be later than June 30, 2021, thirty (30) days after the proposed discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this proposed discovery plan and scheduling order, the date for filing dispositive motions shall be extended to be not later than thirty (30) days from the subsequent discovery cut-off date.

5. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than July 30, 2021, thirty (30) days after the cut-off for filing dispositive motions.  In

the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the court.  In the further event that the discovery period is extended from the discovery cut-off date set forth in this discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6.     **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections hereto, shall be included in the joint pretrial order.

7.     **Alternative Dispute Resolution:**  The parties discussed the possibility of alternative dispute resolution.  The parties agree to continue to discuss settlement and explore the possibilities of an alternative dispute resolution as this case proceeds.

8.     **Alternative Forms of Case Disposition:**  The parties have discussed the possibility of trial by the magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and agree that this case is properly suited before the District Court.

9.     **Electronic Evidence:**  The parties do not at this time anticipate any issues about disclosures or discovery of electronically stored information, if any, including the form or forms in which it should be produced.  The parties shall meet and confer and otherwise work in good faith with respect to the production of electronically stored information should any dispute arise.

10.     **Interim Status Report:**  The joint interim status report required by LR 26-3 shall be filed no later than May 18, 2021, or 60 days prior to the close of discovery in the event that the discovery period is extended from the discovery cut-off date set forth in this discovery plan and scheduling order.

11.     **Extensions or Modifications of the Discovery Plan and Scheduling Order:**  Any stipulation or motion must be made pursuant to LR 26-4 and be supported by a showing of good cause, no later than twenty-one (21) days before the subject deadline.

/ / /

3

12.   **Subjects of Discovery**.  The parties agree that discovery may be taken on any subjects permitted by the Federal Rules of Civil Procedure.

13.   **Discovery Phases**.   The parties do not believe it is necessary to conduct discovery in phases.

14.   **Document Production**.   All documents produced in this action will be delivered as either hardcopy documents or as single-page Tagged Image File Format ("TIFF") or Portable Document Format ("PDF") images unless the requesting party specifically requests that any responsive electronic documents be produced in native format.

15.   **Protective Orders For Confidential Documents and/or Information**.  The parties have discussed the need for a protective order for confidential documents and/or information and will be working together to agree on the terms of a stipulated protective order if needed.

DATED this 14th day of December 2020.          DATED this 14th day of December 2020.

MAIER GUTIERREZ & ASOCIASTE                 McCORMICK, BARSTOW, SHEPPARD, WAYTE, & CARRUTH, LLP

_/s/Julia M. Chumbler_____          __/s/   Wade M. Hansard_____
JOSEPH A. GUTIERREZ, ESQ.                   WADE M. HANSARD
Nevada Bar No. 9046                         Nevada Bar No. 13644
JULIA M. CHUMBLER, ESQ.                     JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 15025                        Nevada Bar No. 10536
8816 Spanish Ridge Avenue                   RENEE M. MAXFIELD, ESQ.
Las Vegas, Nevada 89148                     Nevada Bar No. 12814

ORDER

IT IS ORDERED that the parties' proposed DPSO is GRANTED.  However, the Court notes under the Local Rules, the parties were required to have their Rule 26(f) conference within 30 days after the first defendant appeared.  LR 26-1(a).  Here, that was 8/6/2020.  ECF No. 1.  The parties' proposed DPSO was due 14 days later.  LR 26-1(a).  Thus, the parties' proposed DPSO is several months late, and they offer only a thin justification for doing so.  Further, the parties' proposed DPSO violates LR 26-1(a) because it requires special scheduling review but does not say so "on its face."  Instead, special scheduling review is requested in the body of the proposed DPSO.  Setting that aside, the Court adopts the parties' schedule to allow them a 180-day discovery period.  But the Court instructs the parties that--given that they have unilaterally extended the standard discovery period, measured from defendant's first appearance      --the Court is not inclined to grant additional extensions unless there are specific, compelling reasons establishing good cause.          IT IS SO ORDERED

DATED: 2:53 pm, December 18, 2020

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

**Lacy Kloeckner**

| | |
|---|---|
| **From:** | Cheryl Schneider <Cheryl.Schneider@mccormickbarstow.com> |
| **Sent:** | Monday, December 14, 2020 9:18 AM |
| **To:** | Julia Chumbler; Lacy Kloeckner |
| **Cc:** | Wade Hansard; Jonathan Carlson; Debbie DeArmond; Mandy Vogel |
| **Subject:** | RE: Maria Quijano v. Geico |
| **Attachments:** | Joint Proposed Discovery Plan and Scheduling Order.docx |

Mr. Hansard, states, that the Joint Proposed Discovery Plan and Scheduling Order is fine except paragraph 10 states "May 2020" when it should be 2021.  If you can make that change he gives permission to use his electronic signature to file same.  Thank you.


**Cheryl Schneider**
Office Manager
**McCormick Barstow LLP**
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Main (702) 949-1100 | Fax (702) 949-1101

www.mccormickbarstow.com

---

**From:** Julia Chumbler <jmc@mgalaw.com>
**Sent:** Monday, December 07, 2020 2:44 PM
**To:** Wade Hansard <Wade.Hansard@mccormickbarstow.com>; Lacy Kloeckner <lak@mgalaw.com>; Cheryl Schneider <Cheryl.Schneider@mccormickbarstow.com>
**Subject:** RE: Maria Quijano v. Geico
**Importance:** High

Good Afternoon,

Following up with the proposed scheduling order.

Best,

**Julia M. Chumbler | Associate**
**MAIER GUTIERREZ & ASSOCIATES**
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Tel: 702.629.7900 | Fax: 702.629.7925
jmc@mgalaw.com | www.mgalaw.com

---

**From:** Julia Chumbler
**Sent:** Monday, November 30, 2020 12:57 PM
**To:** 'Wade Hansard' <Wade.Hansard@mccormickbarstow.com>; Lacy Kloeckner <lak@mgalaw.com>; Cheryl Schneider <Cheryl.Schneider@mccormickbarstow.com>
**Subject:** RE: Maria Quijano v. Geico

Good Afternoon,