# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIA QUIJANO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01464-KJD-BNW<br><br>ORDER |

Presently before the Court is Defendant's Motion for Relief from Judgment Based on Clerical Error (#26). Though the time for doing so has passed, no response in opposition has been filed. Therefore, having read and considered the motion and good cause being found, it is **GRANTED**. The Clerk of the Court shall **VACATE** the Judgment (#25) and re-open this action.

**IT IS SO ORDERED.**

Dated this __22__ day of June 2021.

_____
Kent J. Dawson
United States District Judge