McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for GEICO ADVANTAGE
INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA QUIJANO, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, DOES I-V, and ROE CORPORATIONS I-V, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-01464-KJD-BNW<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

      PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs. It is expected that all settlement documents can be exchanged and this matter will be fully resolved, with a Notice of Dismissal with Prejudice filed with the Court within the next 60 days.

Dated: September 21, 2021

           McCORMICK, BARSTOW, SHEPPARD,
               WAYTE & CARRUTH LLP

By:     /s/ *Jonathan W. Carlson*
      Wade M. Hansard, Nevada Bar No. 8104
      Jonathan W. Carlson, Nevada Bar No. 10536
           Attorneys for Defendant

**Order**

**IT IS SO ORDERED**

**DATED:** 10:18 am, September 22, 2021

7907850.1

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:20-cv-01464-KJD-BNW
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2021, a true and correct copy of **NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By     /s/ *Mandy Vogel*
         Mandy Vogel, an Employee of
         McCORMICK, BARSTOW, SHEPPARD,
         WAYTE & CARRUTH LLP

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2     Case No. 2:20-cv-01464-KJD-BNW
NOTICE OF SETTLEMENT